IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CHRISTINA HALL, Individually and on
Behalf of All Others Similarly Situated                    PLAINTIFF

v.                       No. 3:18-cv-235-DPM

INMATE SERVICES CORPORATION;
and RANDY CAGLE, JR.                                       DEFENDANTS

## ORDER

1. Unopposed motion for extension of time, № 49, granted as modified. Joint status report on settlement's effect due by 15 November 2019. Unopposed motion to compel compliance with Freedom of Information Act request, № 49, denied. Defendants' lawyer must continue his efforts to secure the Labor Department documents without intervention by this Court. The extended joint report deadline should provide breathing room to do so.

2. The Court suspends the Amended Final Scheduling Order, № 46. A new order, with spring 2020 deadlines and the same November 2020 trial date, will issue.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

23 September 2019