## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**CHRISTINA HALL, Individually and on
Behalf of All Others Similarly Situated**                    **PLAINTIFF**

**v.**                    **No. 3:18-cv-235-DPM**

**INMATE SERVICES CORPORATION;
and RANDY CAGLE, JR.**                    **DEFENDANTS**

### ORDER

1. Cagle's and Inmate Services' counsel's unopposed motion to withdraw, № 61, is partly granted and partly denied. Ross Webster and Glankler Brown, PLLC, are relieved as counsel of record for Cagle, but must stay on as counsel for Inmate Services until new counsel for it has appeared. The corporation must have a lawyer. *Carr Enterprises, Inc. v. United States*, 698 F.2d 952, 953 (8th Cir. 1983). Cagle will proceed *pro se*.

2. Mr. Webster must mail a copy of this Order to Cagle.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

24 February 2020