IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTINA HALL, Individually and on
Behalf of All Others Similarly Situated                    PLAINTIFF

v.                           No. 3:18-cv-235-DPM

INMATE SERVICES CORPORATION;
and RANDY CAGLE, JR.                                       DEFENDANTS

ORDER

On 8 April 2020, the Court held a telephone status conference. Daniel Ford and Joshua Sanford appeared for Hall; Ross Webster appeared for Inmate Services; and Randy Cagle Jr. appeared for himself. The Court ordered Inmate Services and Cagle to take the following steps to resolve the discovery issues and get the case back on track:

- By 22 April 2020, produce copies of all documents in Inmate Services' or Cagle's possession related in any way to the settlement with the Department of Labor, including forms, releases, checks, receipts, other proof of payments, and any other relevant documents. Rolling production is fine.

- By 8 May 2020, respond formally, and as fully as possible based on current information, to Hall's discovery propounded in July 2019, with answers for Inmate Services and Cagle, all under

oath verified by Cagle. Between April 22nd and May 8th, if Inmate Services or Cagle uncovers any other items or papers related to the Department of Labor settlement, they must provide those items or papers to Hall by 8 May 2020.

A Third Amended Final Scheduling Order will issue.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

9 April 2020