IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTINA HALL, Individually and on
Behalf of All Others Similarly Situated                         PLAINTIFF

v.                         No. 3:18-cv-235-DPM

INMATE SERVICES CORPORATION;
and RANDY CAGLE, JR.                                            DEFENDANTS

ORDER

Joint status report, *Doc. 70*, appreciated.

So Ordered.

*/s/ DPM Jr.*
D.P. Marshall Jr.
United States District Judge

3 May 2020