IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTINA HALL, Individually and on Behalf
of All Others Similarly Situated                          PLAINTIFF

v.                        No. 3:18-cv-235-DPM

INMATE SERVICES CORPORATION
and RANDY CAGLE, JR.                                      DEFENDANTS

DAVID DILLARD and NICOLAS WILLIAMS                        PLAINTIFFS

v.                        No. 2:19-cv-150-DPM

INMATE SERVICES CORPORATION
and RANDY CAGLE, JR.                                      DEFENDANTS

## ORDER

Joint and unopposed motion, *Doc. 79*, granted for good cause. A Fifth Amended Final Scheduling Order setting this case for trial on 4 October 2021 will issue. The Court wishes Mr. Webster the best in his recovery.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

29 April 2021