IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CHRISTINA HALL, Individually and on
Behalf of All Others Similarly Situated                         PLAINTIFF

v.                      No. 3:18-cv-235-DPM

INMATE SERVICES CORPORATION;
and RANDY CAGLE, JR.                                            DEFENDANTS

DAVID DILLARD and NICOLAS WILLIAMS                              PLAINTIFFS

v.                      No. 2:19-cv-150-DPM

INMATE SERVICES CORPORATION;
and RANDY CAGLE, JR.                                            DEFENDANTS

## JUDGMENT

Plaintiffs' complaints are dismissed with prejudice. The Court retains jurisdiction until 27 January 2023 to enforce the parties' settlement.

_____
D.P. Marshall Jr.
United States District Judge

10 November 2021